IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SCOTT BENSON,

    Plaintiff,

v.

THE VILLAGE OF SAUGET, ILLINOIS,
et al.,

    Defendant.                      Case No. 05-cv-843-DRH

### ORDER

**HERNDON, District Judge:**

This Order hereby **ACKNOWLEDGES** the Parties' Stipulation of Dismissal With Prejudice (Doc. 14), filed pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41**, and hereby **DISMISSES WITH PREJUDICE** all of Plaintiff's claims against all Defendants in this case, with each party to bear their own costs, attorney fees and litigation expenses. Judgment shall be entered accordingly and the Clerk is instructed to close the case file.

**IT IS SO ORDERED**.

Signed this 9th day of August, 2007.

                                                /s/       David   RHerndon
                                          **United States District Judge**