IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SCOTT BENSON,**

    **Plaintiff,**

  **vs.**　　　　　　　　　　　　　　　　　　Cause No.05-CV-843 DRH

**THE VILLAGE OF SAUGET, ILLINOIS,**
**et al.,**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

　　　　　　　　　　　　　　　　　　　　　　　**NORBERT G. JAWORSKI, CLERK**

August 9, 2007　　　　　　　　　　　　　　By:　s/Patricia Brown
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

APPROVED: /s/　David　RHerndon
　　　　　　**U.S. DISTRICT JUDGE**